UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| STEPHEN P. SIMON | NO. 02-00082-BAJ-EWD |

### ORDER

Considering Defendant's unopposed **Motion To Terminate Defendant's Supervised Release Term Pursuant to 18 U.S.C. § 3583(e)(1)** (Doc. 115),

**IT IS ORDERED** that Defendant's Motion is **GRANTED**. Pursuant to 18 U.S.C. §3583(e)(1), and upon consideration of the factors set forth at Title 18, section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), Defendant's term of supervised release is **TERMINATED** as of the date of this order. Specifically, the Court finds that the purposes of sentencing are satisfied by early termination of Defendant's supervised release based on Defendant's successful reintegration to the community, which includes opening two Grease Monkey™ auto repair franchises in the Baton Rouge area with his brother; Defendant's compliance with all conditions of supervised release, which includes abstinence from illicit drugs; the nature and circumstances of Defendant's offense of conviction; the need to deter future criminal conduct; and the need to protect the public.

*See* 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5).

Baton Rouge, Louisiana, this 7th day of April, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**